U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIO GOULD,
    Plaintiff,

v.

Case No. _____

THE LAW OFFICES OF JOHN C. BONEWICZ,
    Defendant.
_____/

### NOTICE OF REMOVAL OF CAUSE TO UNITED STATES DISTRICT COURT FROM STATE COURT

NOTICE IS HEREBY GIVEN that Defendant, THE LAW OFFICES OF JOHN C. BONEWICZ, pursuant to 28 U.S.C., Section 1446 hereby remove Case Number 11-000077 currently pending in the County Court of Hillsborough County, Florida, captioned as follows: *Antonio Gould v. The Law Offices of John C. Bonewicz* (the "State Court Action") to the United States District Court for the Middle District of Florida upon the following grounds:

    1.    In his Complaint, Plaintiff alleges claims pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692 *et. seq.*

    2.    28 U.S.C. Section 1331 provides that "the district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

    3.    28 U.S.C. Section 1367 provides for supplemental jurisdiction for state court claims that are closely related to claims where there is original jurisdiction.

    4.    Although Plaintiff alleges state court claims as well as federal court claims, these claims are clearly within the supplemental jurisdiction of the Court.

5. The State Court Action is one that may be removed to and adjudicated by this Court pursuant to 28 U.S.C. Section 1446, because the Florida Court in which Plaintiff commenced this action is within this Court's district and division.

6. Furthermore, the State Court Action may be removed to and adjudicated by this Court pursuant to 28 U.S.C. Section 1441 (a) as a civil action brought in a state court of which this District Court of the United States has original jurisdiction.

7. Written notice of filing of this Notice, pursuant to 28 U.S.C., Section 1446(d), has been given simultaneously herewith to all adverse parties and to the Clerk of the Circuit Court of Hillsborough County, Florida. A true and correct copy of said Notice of Filing is attached hereto as Exhibit "B."

8. The District Court clearly has original jurisdiction and supplemental jurisdiction over all of the claims in this lawsuit.

WHEREFORE, Defendant respectfully requests that the State Court Action now pending against it in the County Court of Hillsborough County, Florida be removed and that this Court assume full jurisdiction of the case as provided by applicable law.

Respectfully submitted,
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: John A. Rine
Florida Bar Number 989400
3812 Coconut Palm Drive, Suite 200
Tampa, Florida 33619-1352
Phone: 813-739-1900; Fax: 813-739-1919
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished via U.S. Mail to **Brian Parker, Esq.**, 30700 Telegraph Road, Suite 1580, Bingham Farms, MI 48025 on this 16th day of February, 2011

_____
Attorney