IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIO GOULD,

    Plaintiff,

V                                    Case No. 8:11-cv-00317

THE LAW OFFICES OF JOHN C. BONEWICZ,

    Defendant.

_____/

| LAW OFFICES OF BRIAN P. PARKER, PC | LEWIS BRISBOIS BISGARRD & SMITH, LLP |
|---|---|
| Brian P. Parker (0980668) | John A. Rine  (00989400) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30600 Telegraph Rd., Ste. 1350 | 3812 Coconut Palm Drive, Ste. 200 |
| Bingham Farms, MI 48025 | Tampa, FL 33619 |
| Tel: (248) 642-6268 | Tel: (813) 739-1900 |
| Fax: (248) 642-8875 | Fax: (813) 739-1919 |
| brianparker@collectionstopper.com | jrine@lbbslaw.com |

_____/

## NOTICE OF DISMISSAL

**NOW COMES** Plaintiff Antonio Gould, by and through his attorney, The Law Offices of Brian P. Parker, P.C., and voluntarily dismisses the above action against The Law Offices Of John C. Bonewicz, with no costs or attorney fees to either party.

                Respectfully submitted,

                LAW OFFICES OF BRIAN P. PARKER, P.C.

                //Brian P. Parker
                BRIAN P. PARKER (P48617)
                Attorney for Plaintiff
                30600 Telegraph Rd, Suite 1350
                Bingham Farms, MI 48025

Dated: October 24, 2011        (248) 642-6268

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIO GOULD,

    Plaintiff,

V                                        Case No. 8:11-cv-00317

THE LAW OFFICES OF JOHN C. BONEWICZ,

    Defendant.

_____/

| LAW OFFICES OF BRIAN P. PARKER, PC | LEWIS BRISBOIS BISGARRD & SMITH, LLP |
|---|---|
| Brian P. Parker (0980668) | John A. Rine   (00989400) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30600 Telegraph Rd., Ste. 1350 | 3812 Coconut Palm Drive, Ste. 200 |
| Bingham Farms, MI 48025 | Tampa, FL 33619 |
| Tel: (248) 642-6268 | Tel: (813) 739-1900 |
| Fax: (248) 642-8875 | Fax: (813) 739-1919 |
| brianparker@collectionstopper.com | jrine@lbbslaw.com |

_____/

## ORDER OF DISMISSAL

Upon the reading and filing of the Notice of Dismissal, and the Court being otherwise advised in the premises, NOW, THEREFORE, IT IS HEREBY ORDERED that the above action against The Law Offices Of John C. Bonewicz, is hereby dismissed from this cause of action, with no costs or attorney fees to either party.

_____
DISTRICT COURT JUDGE